

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2021

No. 04-21-00098-CR

Isaac **CARDENAS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10269
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant's court-appointed attorney filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Appellant's pro se brief was due September 13, 2021.

On September 15, 2021, appellant filed a pro se motion to stay this appeal pending his attempt to obtain post-conviction DNA testing of certain evidence.

There exists "no free-standing due-process right to DNA testing." *Ramirez v. State*, 621 S.W.3d 711, 717 (Tex. Crim. App. 2021) (citing *Ex parte Gutierrez*, 337 S.W.3d 883, 889 (Tex. Crim. App. 2011)). Rather, Chapter 64 of the Texas Code of Criminal Procedure provides that a convicted person may submit a motion to the convicting court to obtain post-conviction DNA testing, and a convicting court may order forensic DNA testing only if the statutory preconditions of Chapter 64 are met. *See* TEX. CODE CRIM. PROC. art. 64.01; *Gutierrez*, 337 S.W.3d at 889.

Because appellant may request DNA testing pursuant to article 64.01, he is not entitled to a stay of the pending appeal from his underlying conviction. Therefore, the motion is DENIED.

Appellant is reminded that his brief was due September 13, 2021 and no motion for an extension of time to file the brief has been filed. If neither the brief nor a motion for extension of

time is filed by **October 4, 2021**, this appeal will be considered without benefit of a brief filed by appellant.

Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2021.

MICHAEL A. CRUZ, Clerk of Court